IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| HORACIO GARCIA-CASTRO, | § | |
|     Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-97 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
|     Respondent. | § | |

## ORDER

Mr. Garcia-Castro filed this federal habeas corpus petition pursuant to 28 U.S.C. §2255 on June 23, 2000. The government has yet to respond to this petition in violation of Federal Rule of Civil Procedure 12(a)(1)(A). The government is hereby ORDERED to respond to this petition by August 7, 2000.

DONE at Brownsville, Texas on July 24, 2000.

John Wm. Black
United States Magistrate Judge