United States District Court
Southern District of Texas
FILED

AUG 2 5 2000

Michael N. Milby
Clerk of Court

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CAB-00-97

| | | |
|---|---|---|
| HORACIO GARCIA-CASTRO, | § | |
| | § | CASE NO. CR-B-97-490-S1-01 |
| PETITTIONER/DEFENDANT, | § | |
| | § | |
| VS. | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| RESPONDENT/PLAINTIFF. | § | |

PETITIONER'S MOTION FOR ENLARGEMENT OF TIME
TO FILE A REBUTTAL

TO THE HONORABLE COURT:

**COMES NOW,** Horacio Garcia-Castro, Pro-se Petitioner In Forma Pauperis at the Above Styled and Caused Numbered.

Petitioner respectfully moves this Honorable District Court for an Enlargement of Sixty (60) days in which Petitioner may file a Rebuttal to the Government's Response, of the Above Dockett Cause for Resentencing Under 28 U.S.C. § 2255, states the following facts in support.

### JURISDICTION

This Honorable Court District Court has Jurisdiction to Grant this Motion if good cause is shown by Petitioner under Rule 26(b) of the Federal Rules and Procedure.

1. Petitioner submits this Motion pursuant to Rule 26(b) of the Federal Rules of Procedure, where it provides that this District Court may, for good cause shown enlarge the time (60)

Page 1

days prescribed by the F.R.A.P. for any act unless otherwise prohibited.

This Motion for enlargment of time of file Petitioner's Rebuttal to the Government's Response of the Above Docket Cause for REsentencing under 28 U.S.C. § 2255, received by Petitioner on August 15, 2000, fails into that category of Motion which this District Court has proper authority under the Rule to Grant.

2. Significantly the Petitioner is A Layman at Law, and the Inmate that helps Petitioner with his legal paperwork works at the Institution Unicor at F.C.I. Bastrop, Texas and gets off of Work at 3:45 P.M. and the legal library is only opened until 7:35 P.M. so Petitioner has only about 2 hours to work on his legal papers a day.

3. Petitioner feel that Petitioner will need the Sixty (60) days as of the day as of when he had received the government's Response to complete his Rebuttal and have time to comply with the Court's Limitation.

4. F.C.I. Bastrop was in Lockdown last week and the inmate were not allowed to go to the library at all the Staff feel that it might happen again this coming weekend.

5. Right after the Institution Library copy machine broke down and the repairman will take about two weeks to come fix it like always.

6. The Law Library is only open on Saturday until 3:30 P.M. and closed all day Sundays.

Page 2

Petitioner feels that he needs the time to prepare his Rebuttal brief which is due in 30 days and will need at least 30 days to reply to the Government's Response.

Based on the Aforementioned Reasons, and the fundamental fairness of the Fifth Amendment Fue Process Clause of the United States Constitution, Petitioner moves this Honorable District Court for an Enlargment of time of Sixty Days to file his Motion in Rebuttal to the Government's Response.

WHEREFORE, Premises considered, Petitioner Respectfully Prays that this Honorable District Court Grant this Enlargement of Sixty (60) days time and for such other Relief, Special and General at Law and in Equity, to which he may be entitled, And will forever Pray.

**RESPECTFULLY SUBMITTED, IN GOOD FAITH, ON THIS 17TH, DAY OF AUGUST, 2000.       PETITIONER/PRO-SE.**

/S/ _Horacio C Garcia_
HORACIO GARCIA-CASTRO, PRO-SE.
INMATE REG. NO. 77632-079
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1010
BASTROP, TEXAS  78602-1010

### NOTICE OF FILING

"YOU WILL PLEASE TAKE NOTICE OF FILING, PETITIONER'S MOTION FOR ENLARGEMENT OF TIME TO FILE A RBUTTAL TO THE GOVEERNMENT'S RESPONSE."

**DATED: AUGUST 17TH, 2000.**

/S/ _Horacio C Garcia_
HORACIO GARCIA-CASTRO, MOVANT.
INMATE REG. NO. 77632-079

## CERTIFICATE OF SERVICE

I, Horacio Garcia-Castro, Petitioner hereby Certify that a true and correct copy of the this Motion for Enlargement of time for Sixty (60) days was sent to The Clerk, United States District Court at 974 E. Harrison Street, Brownsville, Texas 78520; And, United States Attorney for the Southern District of Texas at 910 Travis, Suite 1500, P.O. Box 61129, Houston, Texas 77208, according to the Law 28 U.S.C. § 1746.

RESPECTFULLY SUBMITTED, IN GOOD FAITH, ON THIS 17TH DAY OF AUGUST, 2000.

/S/ _____
HORACIO GARCIA-CASTRO, AFFIANT.
INMATE REG. NO. 77632-079
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1010
BASTROP, TEXAS 78602-1010

Page 4