United States Courts
Southern District of Texas
FILED

SEP 2 5 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

HORACIO GARCIA CASTRO,      )
    Plaintiff-Petitioner,   )
                      )
vs.                         )    CIVIL ACTION NO.B-00-097
                      )    CRIMINAL NO. B-97-490-SI-01
UNITED STATES OF AMERICA,    )
    Defendant-Respondent.    )
                      )
                      )

## PETITIONER"S OBJECTION"S TO MAGISTRATE REPORT AND RECOMMENDATIONS

**TO THE HONORABLE COURT:**

    **COMES NOW,** Horacio Garcia-Castro, Plaintiff Petitioner herein acting in Pro-Se, and submits this his objections to the Magistrate's Report and Recommendation, and would show the Court the following:

    The Petitioner hereby objects to the Magistrate's Report and Recommendations in all.  The Petitioner is a lay person in Law, and has not being given an opportunity to rebut the Government's Answer to Motion for Dismissal under 8(a) of the Rules full.  Motion for Dismissal 28 U.S.C. § 2255 or in the alternative, motion for Summary Judgement.

    Petitioner sent this District Court a motion for enlargement of 60 days to Rebuttal the Government's Answer and as of this date Petitioner has not received anything form the District Clerk as to what is going on in his Case.

    Petitioner now receives the Magistrate Judge's Report and Recommendation without being given the opportunity to reply in his

Page 1

own defense, which is a violation of the Due Process of Law under the Fifth and Sixth Amendment of the Constitution.

The District Court also violated Petitioner's Constitutional Right under the safeguard of the Due Process of the Fifth and Sixth Amendment.

Petitioner objects for the following reasons.

1.    Petitioner's Attonrey did not investigate that Arturo Pena had gotten the cocaine from a Person in Mexico this was explained in Petitioner's motion under 2255.

2.    The defense Counsel should have also investigated the fact that Agent Perez and Officer Vasquez both stated that they had lost Arturo Pena when he went to his Appartment and the time he got away from the Officers and they could not find him.  Arturo Pena could have been with his friend in Mexico that gave him the cocaine.  If the Attorney would have investigated this the outcome of Petitioner's Trial would have been different.  Had the attorney investigated all this he would have been more prepared for Trial.  And then the fact that had counsel investigated the sentencing guidelines Counsel would have surety challenge the amount and purity of the drugs.  As Petitioner incorrectly sentenced. because the district court erred in applying the Sentencing Guidelines for the amount a drugs added to his sentence.

Accordning to the Sentencing Commission the Petitioner has to be sentence to the 100% purity and the government cann't say we have 1,000 grams of cocaine when its only 26 percent drug.

Page 2

According to the Sentencing Commission it has to be 100 % drug. Petitioner also objects to the entrapment used to convict Petitioner and the fact that had Petitioner would have been given the full advise as to what Petitioner was facing in Prison time if he lost his Trial Petitioner would have Plea Bargain as Petitioner told his Attorney that he would plea.

For all the above reasons Petitioner hereby objects to all the Magistrate stated in the Report and Recommendation.

**RESPECTFULLY SUBMITTED IN GOOD FAITH IN THIS 18TH DAY OF SEPTEMBER, 2000.**

/S/ _Horacio C. Garcia_

HORACIO GARCIA-CASTRO,   PRO-SE.
INMATE REG. NO. 77632-079
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1010,
BASTROP, TEXAS   78602-1010

I, Horacio Garcia-Castro, hereby Certify that I file and sent and executed by serving Petitioner's Objection's to Magistrate Report and Recommendations to The Clerk, of The United States District Court for  Southern District of Texas, P.O. Box 61010, Houston, Texas 77208, on this 18 day of September accordingly SEE: Houston vs. Lack 487 U.S. 266 (1988); And United States vs. Cooper, 876 F. 2d 1192 (5th Cir. 1989). for obvious reasons for facts that Petitioner received the Magistrate's response as of the 10th day of September, I delivered same instrument under 28 U.S.C. § 1746.

/S/ _Horacio C. Garcia_

HORACIO GARCIA-CASTRO,   PRO-SE.
INMATE REG. NO. 77632-079

Page 3