9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HORACIO GARCIA-CASTRO, | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. B-00-097 |
| v. | § | |
| | § | CRIMINAL ACTION NO. B-97-490-S1-01 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

**United States District Court
Southern District of Texas
ENTERED

OCT 11 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk**

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

BEFORE the Court is Magistrate Judge's Report and Recommendation (Docket No. 7) in the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of September 7, 2000, should be adopted.

IT IS SO ORDERED.

SIGNED on the 6th day of October, 2000, in Brownsville, Texas.

Honorable Filemon B. Vela
United States District Judge