10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 11 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HORACIO GARCIA-CASTRO, | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. B-00-097 |
| v. | § | |
| | § | CRIMINAL ACTION NO. B-97-490-S1-01 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER GRANTING RESPONDENT'S
## MOTION TO DISMISS

The Court having adopted the conclusions of the Magistrate Judge's Report and Recommendation (Docket No. 7) in Order of even date herewith is of the opinion that the Respondent's Motion to Dismiss (Docket No. 5) should be GRANTED.

ACCORDINGLY, Petitioner's Habeas Petition (Docket No. 1) is hereby DISMISSED.

IT IS SO ORDERED.

SIGNED on the 6th day of October, 2000, in Brownsville, Texas.

Honorable Filemon B. Vela
United States District Judge