```
                                                              United States District Cour
                                                              Southern District of Texas
                                                                    RECEIVED

       IN THE UNITED STATES DISTRICT COURT                     DEC 1 9 2000
         FOR THE SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION                         Michael N. ...
                                                                      ENTERED

                                                                   DEC 2 6 2000
```

HORACIO GARCIA-CASTRO, §
    Petitioner, §
§ CIVIL ACTION NO. B-00-097
v. §
§ CRIMINAL ACTION NO. B-97-490-S1-01
THE UNITED STATES OF AMERICA, §
    Respondent. §

## ORDER DENYING CERTIFICATE OF APPEALABILITY

This Court dismissed Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docket No. 1) by order signed on the 6th day of October, 2000 (Docket No. 10). Petitioner then filed his Notice of Appeal (Docket No. 11) on the 16th day of November, 2000. Rule 22(b) of the Federal Rules of Appellate Procedure requires that the District Judge rule on the issuance of a Certificate of Appealability upon the filing of a Notice of Appeal. An applicant cannot take an appeal without a certificate.

The standard for such a certificate is set forth in 28 U.S.C. § 2253. In order to issue the Certificate of Appealability, the applicant must make a substantial showing of the denial of a constitutional right. In this Court's judgement, the Petitioner has failed to make such a showing and therefore the Certificate of Appealability is hereby DENIED.

IT IS SO ORDERED.

SIGNED this the 19th day of December, 2000 in Brownsville, Texas.

Honorable Filemon B. Vela
United States District Judge