13

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 1 2000

Michael N. Milby
Clerk of Court

**HORACIO GARCIA-CASTRO**

V.                                    B-00-CV-97

UNITED STATES OF AMERICA

MOTION TO PROCEED IN FORMA PAUPERIS
PURSUANT TO FED. R. APP. P. 24

TO THE HONORABLE COURT:

**COMES NOW, HORACIO GARCIA-CASTRO,** Petitioner, in the above styled and numbered cause and moves this Honorable Court to grant leave so that Petitioner can proceed in forma pauperis and, in support thereof, Petitioner would show as follows:

Petitioner alleges that he is now a pauper as a result of his long period of incarceration, therefore he is unable to pay cost incident to this proceeding or give security therof.

Petitioner owns no savings, stocks or property of any tangible value and, he has no source of revenues besides the paltry prison allowance.

**WHEREFORE, ALL PREMISES CONSIDERED,** Petitioner prays that this Honorable Court grant leave and allow Petitioner to proceed in forma pauperis.

Respectfully Submitted,

_____
Horacio Garcia-Castro, 77632-079
P. O. Box 1010
Dated: December 18, 2000.    Bastrop, Tx. 78602