*14*

United States District Court
Southern District of Texas
ENTERED

JAN 11 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HORACIO GARCIA-CASTRO, | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. B-00-097 |
| v. | § | |
| | § | CRIMINAL NO. B-97-490-S1-01 |
| THE UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## APPELLATE *IN FORMA PAUPERIS* DEFICIENCY ORDER

The Court has received Petitioner's Motion to proceed *in forma pauperis* on appeal (Docket No. 13). However, Petitioner has not paid the appellate filing fee ($105.00) nor has he submitted a proper application to proceed *in forma pauperis* with his original signature together with a data sheet concerning trust fund information certified by the appropriate institutional officer.

Accordingly, it is ORDERED that the Clerk shall forward to Petitioner an application to proceed *in forma pauperis* and that Petitioner must submit either the filing fee of $105.00 or a completed application to proceed *in forma pauperis* together with a certified data sheet. Petitioner must submit the filing fee or the application within thirty days of the entry of this order. An appropriate institutional officer will provide the trust fund data sheet.

Petitioner's Motion to proceed *in forma pauperis* is DENIED.

It is so ORDERED.

SIGNED this the 11th day of January, 2001 in Brownsville, Texas.

Filemon B. Vela
United States District Judge