If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

CAB-00-97

16

United States District Court
Southern District of Texas
ENTERED
JAN 2 5 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☐   No ☒   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other property (excluding ordinary household furnishings and clothing)?

   Yes ☐   No ☒

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   **INABILITY TO OFFER FINANCIAL SUPPORT TO DEPENDENTS DUE TO INCARCERATION.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___JANUARY 17, 2001___.    _Haeme C. Bene_
             (Date)                      Signature of Applicant

---

### CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

_____
Authorized Officer of Institution

---

### ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge    Date | _signature_  25 JAN 2001 <br> United States Judge   Date <br> or Magistrate |

08