United States District Court
Southern District of Texas
FILED
FEB 22 2002
Michael N. Milby, Clerk of Court

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
DEC 27 2001
CHARLES R. FULBRUGE III
CLERK

No. 00-41390
Summary Calendar

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

versus

HORACIO GARCIA-CASTRO,

        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-00-CV-97
USDC No. B-97-CR-490-1
- - - - - - - - - -

Before JONES, SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

    Horacio Garcia-Castro ("Garcia"), federal prisoner # 77632-079, appeals from the district court's denial of his motion to vacate, set aside, or correct judgment pursuant to 28 U.S.C. § 2255. Although Garcia identifies three issues on appeal, the only issue properly before the court is the issue on which COA was granted: whether the attorney's recommendation that the Government's evidence was insufficient to prove his guilt beyond a reasonable doubt was professionally reasonable. See Lackey v.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 00-41390
-2-

Johnson, 116 F.3d 149, 151-52 (5th Cir. 1997); see also United States v. Kimler, 150 F.3d 429, 431 (5th Cir. 1998).

After a review of the entire record and judging counsel's performance without benefit of hindsight, see Moreland v. Scott, 175 F.3d 347, 50 (5th Cir. 1999), this court cannot say that counsel's recommendation was professionally unreasonable. Accordingly, the judgment of the district court is **AFFIRMED**.