

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 00-41390
Summary Calendar

**U.S. COURT OF APPEALS**
**FILED**
DEC 27 2001
CHARLES R. FULBRUGE III
CLERK

D.C. Docket No. B-00-CV-97
B-97-CR-490

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

HORACIO GARCIA-CASTRO

    Defendant - Appellant

United States District Court
Southern District of Texas
FILED
FEB 22 2002
Michael N. Milby, Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before JONES, SMITH, and EMILIO M. GARZA, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: FEB 20 2002

A true copy
Test

Clerk, U S Court of Appeals, Fifth Circuit

By _____
    Deputy

New Orleans, Louisiana    FEB 20 2002